Mark Shurtleff, Utah Bar # 4666
UTAH ATTORNEY GENERAL
Scott W. Reed, Utah Bar # 4124
Assistant Attorney General

Office of the Attorney General
PO Box 140872
Salt Lake City, Utah 84114-0872
Telephone: (801) 366-0310
Facsimile: (801) 366-0315

Attorneys for Defendant
R. Wayne Klein in his official
capacity as Director, Utah Division of
Securities, Utah Department of
Commerce

Henry F. Minnerop, *pro hac application pending*
Carter G. Phillips, *pro hac application pending*
Dennis C. Hensley, *pro hac application pending*
Mark D. Hopson, *pro hac application pending*
Jay T. Jorgensen, Utah Bar #8216
Kevin J. Campion, *pro hac application pending*
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: (202) 736-8020
Facsimile: (202) 736-8711
Email: jjorgensen@sidley.com

David J. Jordan, Utah Bar #1751
David L Mortensen, Utah Bar #8242
STOEL RIVES LLP
201 South Main Street, Suite 1100
Salt Lake City, UT 84111
Telephone: (801) 328-3131
Facsimile: (801) 578-6999
Email: djjordan@stoel.com

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SECURITIES INDUSTRY AND FINANCIAL MARKETS ASSOCIATION, a New York-Based Non-Profit Corporation<br><br>Plaintiff,<br><br>v.<br><br>R. WAYNE KLEIN, an individual, in his official capacity as Director, Utah Division of Securities, Utah Department of Commerce,<br><br>Defendant. | **JOINT MOTION TO DISMISS**<br><br>Case No. 2:06cv00624 TC<br><br>Judge Tena Campbell |

Plaintiff the Securities Industry and Financial Markets Association ("SIFMA"), and defendant R. Wayne Klein ("Klein") in his official capacity as Director, Utah Division of Securities (the "Division"), Utah Department of Commerce, hereby jointly move the Court to dismiss the above-captioned matter.

SIFMA filed this lawsuit on July 28, 2006 complaining, *inter alia*, that the requirements of Senate Bill No. 3004, adopted by the Utah Legislature in its 2006 Third Special Session, 2006 Utah Laws 3rd Sp. Sess. Ch. 4 (S.B. 3004) (the "Amendments"), were preempted by federal law. On August 10, 2006 the parties stipulated to the entry of a preliminary injunction delaying implementation and enforcement of the Amendments until June 1, 2007. *See* Docket No. 5.

On February 28, 2007 the Legislature enacted Senate Bill 277 ("SB277"), which repealed the Amendments. The Governor signed SB277 on March 14, 2007. SB277 became effective April 30, 2007. SB277 renders the claims in SIFMA's Complaint moot. Accordingly, the parties jointly move the Court for dissolution of the current injunction and an Order of Dismissal of the above-encaptioned matter. A proposed order is attached.

Dated: May 3, 2007

Respectfully submitted,

Mark Shurtleff, Utah Bar # 4666
Utah Attorney General
Scott W. Reed, Utah Bar # 4124
Assistant Attorney General

Attorneys for Defendant R. Wayne Klein in his official capacity as Director, Utah Division of Securities, Utah Department of Commerce

2

Dated: May 3, 2007              Respectfully submitted,

[signature]

Henry F. Minnerop, *pro hac application pending*
Carter G. Phillips, *pro hac application pending*
Dennis C. Hensley, *pro hac application pending*
Mark D. Hopson, *pro hac application pending*
Jay T. Jorgensen, Utah Bar #8216
Kevin J. Campion, *pro hac application pending*
SIDLEY AUSTIN LLP

David J. Jordan, Utah Bar #1751
David L Mortensen, Utah Bar #8242
STOEL RIVES LLP

Attorneys for Plaintiff
Securities Industry and Financial Markets Association

3

DC1 955966v.1