RECEIVED
MAY 03 2007
OFFICE OF UTAH A.G.
JUDGE TENA CAMPBELL

FILED
MAY 03 2007
U.S. DISTRICT COURT
DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

RECEIVED CLERK
MAY 03 2007
U.S. DISTRICT COURT

Mark Shurtleff, Utah Bar # 4666
UTAH ATTORNEY GENERAL
Scott W. Reed, Utah Bar # 4124
Assistant Attorney General

Office of the Attorney General
PO Box 140872
Salt Lake City, Utah 84114-0872
Telephone: (801) 366-0310
Facsimile: (801) 366-0315

Attorneys for Defendant
R. Wayne Klein in his official
capacity as Director, Utah Division of
Securities, Utah Department of
Commerce

Ira D. Hammerman, *pro hac application pending*
Kevin M. Carroll, *pro hac application pending*
Eric J. Minnerop, *pro hac application pending*
Carter G. Phillips, *pro hac application pending*
Dennis C. Hensley, *pro hac application pending*
Mark D. Hopson, *pro hac application pending*
Jay T. Jorgensen, Utah Bar #8216
Kevin J. Campion, *pro hac application pending*
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: (202) 736-8020
Facsimile: (202) 736-8711
Email: jjorgensen@sidley.com

David J. Jordan, Utah Bar #1751
David L Mortensen, Utah Bar #8242
STOEL RIVES LLP
201 South Main Street, Suite 1100
Salt Lake City, UT 84111
Telephone: (801) 328-3131
Facsimile: (801) 578-6999
Email: djjordan@stoel.com

Attorneys for Plaintiff

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SECURITIES INDUSTRY AND FINANCIAL MARKETS ASSOCIATION, a New York-Based Non-Profit Corporation<br><br>Plaintiff,<br><br>v.<br><br>R. WAYNE KLEIN, an individual, in his official capacity as Director, Utah Division of Securities, Utah Department of Commerce,<br><br>Defendant. | **ORDER ON JOINT MOTION TO DISMISS**<br><br>Case No. 2:06cv00624 TC<br><br>Judge Tena Campbell |

The parties in this matter have jointly moved the Court to dismiss the Complaint and dissolve the injunction entered in this case based on mootness of the claims asserted in Plaintiff's Complaint. Having reviewed that motion and finding that good cause exists, the motion is hereby GRANTED. The injunction entered by the Court on August 11, 2007, *see* Docket No. 6, is hereby dissolved and the Complaint is dismissed. Each party will bear their own costs.

Dated this 4 day of May, 2007.

The Honorable Tena Campbell
United States District Judge

Dated: May 3, 2007

Respectfully submitted,

_____
Mark Shurtleff, Utah Bar # 4666
Utah Attorney General
Scott W. Reed, Utah Bar # 4124
Assistant Attorney General

Attorneys for Defendant R. Wayne Klein in his official capacity as Director, Utah Division of Securities, Utah Department of Commerce

Dated: May 3, 2007

Respectfully submitted,

_____
Henry F. Minnerop, *pro hac application pending*
Carter G. Phillips, *pro hac application pending*
Dennis C. Hensley, *pro hac application pending*
Mark D. Hopson, *pro hac application pending*
Jay T. Jorgensen, Utah Bar #8216
Kevin J. Campion, *pro hac application pending*
SIDLEY AUSTIN LLP

David J. Jordan, Utah Bar #1751
David L Mortensen, Utah Bar #8242
STOEL RIVES LLP

Attorneys for Plaintiff
Securities Industry and Financial Markets Association

3

DC1 956116v.1